UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff,　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>MARTIN HARTMANN,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant.　　　　)<br>　　　　　　　　　　　　　　　　) | Case: 1:07-cv-01640<br>Assigned To : Sullivan, Emmet G.<br>Assign. Date : 9/17/2007<br>Description: General Civil |

## UNITED STATES' UNOPPOSED MOTION FOR CONSENT JUDGMENT OF DENATURALIZATION

Plaintiff, the United States of America, moves this Court to enter the attached Consent Judgment of Denaturalization in accordance with the terms of the Settlement Agreement signed by the parties and submitted herewith. The motion is unopposed.

Dated:

_/s/ J. A. Taylor (by RC)_
JEFFREY A. TAYLOR
United States Attorney
　for the District of Columbia

_/s/_
RUDOLPH CONTRERAS
Chief, Civil Division
U.S. Attorney's Office
District of Columbia
501 3rd Street, N.W.
Suite 4500
Washington, DC 20530
(202)514-7151

Respectfully submitted,

_/s/ Edgar Chen_
ELI M. ROSENBAUM
Director

SUSAN L. SIEGAL
Principal Deputy Director

EDGAR CHEN
Trial Attorney
Office of Special Investigations
Criminal Division
U.S. Department of Justice
10th St. & Constitution Ave., NW
John C. Keeney Building, Ste. 200
Washington, D.C. 20530
(202) 616-2492
(fax) (202)616-2491
edgar.chen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on 9/17/07, I served a copy of the forgoing Unopposed Motion for Consent Judgment of Denaturalization via first class mail, properly addressed upon the following:

Mr. Hartmann, the Defendant's Designated Representative.[1]

EDGAR CHEN
Trial Attorney
Office of Special Investigations
Criminal Division
U.S. Department of Justice
10th St. & Constitution Ave., NW
John C. Keeney Building, Ste. 200
Washington, D.C. 20530
(202) 616-2492
(fax) (202)616-2491
edgar.chen@usdoj.gov

---

[1] Defendant's designated representative is his adult son, who has cooperated in facilitating the settlement process. At the designated representative's request, the Government has not listed his mailing address on this certificate of service in order to protect his privacy and that of his family, but can provide it to this Court upon request.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN HARTMANN,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action<br>)  No.<br>)<br>)<br>) |

### STATEMENT OF AGREED FACTS FOR SETTLEMENT

1. Defendant was born on October 31, 1918, in Metiş (German: Martinsdorf), Romania.

2. On July 27, 1943, Defendant entered the Nazi Waffen SS (Armed SS), receiving the rank of SS *Schütze* (private).

3. In 1946, the International Military Tribunal at Nuremberg, Germany, held that the SS, including the Waffen SS, constituted a criminal organization involved in "the persecution and extermination of the Jews, brutalities and killings in concentration camps, excesses in the administration of occupied territories, the administration of the slave labor program and the mistreatment and murder of prisoners of war." *The Nuremberg Trial*, 6 F.R.D. 69, 143 (I.M.T. 1946).

4. Upon entering the Waffen SS on July 27, 1943, Defendant was assigned to the 9th Company of the SS Death's Head Guard Battalion (*Totenkopf-Wachbataillon*) at the Sachsenhausen Concentration Camp near Berlin, Germany, where he served as an armed

1

guard of prisoners. He continued to serve at the Sachsenhausen Camp and its sub-camps through at least April 1945.

5. As a member of the SS Death's Head Guard Battalion Sachsenhausen, Defendant wore a uniform, was paid, and was allowed to leave the camp when not on duty.

6. Sachsenhausen Concentration Camp was a place of persecution. Sachsenhausen, like other Nazi concentration camps, was guarded by members of SS Death's Head guard units. While guarding concentration camps, members of the SS Death's Head guard units personally assisted the Nazi government of Germany in persecuting persons because of race, religion, or national origin. This persecution included, but was not necessarily limited to, forcible confinement, subjection to slave labor, deprivation of adequate food, shelter, and medical care, physical and emotional abuse, medical experimentation, torture, and killing.

7. The Sachsenhausen Concentration Camp contained work facilities, where prisoners were forced to perform various types of difficult physical labor under inhumane conditions. The complex also housed a crematorium, a gas chamber, a shooting pit used by firing squads, and a gallows, all of which were employed in executing prisoners.

8. During the period of Defendant's service there, tens of thousands of persons were imprisoned at Sachsenhausen Concentration Camp because of their religion, national origin, race, or political opinion and thousands died or were murdered there. Starvation and disease were rampant among the prisoner population at Sachsenhausen due to inadequate food and unsanitary conditions.

9. Sachsenhausen prisoners deemed too ill or too weak to work were killed or transferred to

other camps to be killed. Many Sachsenhausen prisoners were murdered by shooting, hanging, gassing, beating, and other means. The camp was also the site of a variety of gruesome medical experiments that killed many prisoners.

10. At Sachsenhausen Concentration Camp, the duties of a camp guard included guarding the perimeter of the camps, guarding labor details outside the camps, escorting prisoners to and from forced labor worksites, and conducting searches for escaped prisoners. Armed SS Death's Head guards were stationed in guard towers and as sentries around the perimeter of the camp and had orders to shoot to kill any prisoner attempting to escape. All guards were trained in and responsible for these duties.

11. The SS Death's Head Guard Battalion guarded the Sachsenhausen's Klinkerwerk facility located in nearby Lehnitz, Germany. The Klinkerwerk was one of Sachsenhausen's largest sub-camps. Originally intended to be the largest brick factory in the world, the Klinkerwerk became notorious as a punishment site for Sachsenhausen prisoners accused of violating camp rules, as well as members of disfavored groups, including Jews and homosexuals.

12. Defendant, armed with a rifle, stood guard over the Klinkerwerk, manned its watchtowers and operated its main gate, through which the prisoners from the main camp entered and left. By performing armed guard duty at the Klinkerwerk and elsewhere, Defendant personally assisted the Nazi Government of Germany in persecuting persons because of race, religion, or national origin.

13. During the period of his service at Sachsenhausen, Defendant performed armed guard duty, supervising a forced labor detail in a wooded area, where he was under orders to

shoot anybody who approached him within a certain distance.

14. During the period of his service at Sachsenhausen, Defendant performed armed guard duty supervising prisoner details assigned the life-threatening task of disarming unexploded bombs after Allied air raids in Berlin.

15. During the period of his service at Sachsenhausen, Defendant performed armed guard duty at Sachsenhausen's Babelsberg subcamp.

16. During the period of his service at Sachsenhausen, Defendant personally, and by himself, escorted four to six prisoners from Babelsberg subcamp to Sachsenhausen under armed guard.

17. In September 1955, Defendant applied for a United States immigration visa under the Refugee Relief Act (RRA) of 1953, Pub. L. No. 203, 67 Stat. 400, as amended, 68 Stat. 1044 (1954), at the U.S. Consulate in Berlin, Germany.

18. When he applied for a visa, Defendant was questioned by immigration officials about his wartime activities and whereabouts. Defendant wilfully concealed his armed guard service at Sachsenhausen.

19. Defendant also failed to list on his visa application form his Sachsenhausen service or membership in the Waffen SS.

20. On September 27, 1955, Defendant was issued a visa under the RRA.

21. On October 28, 1955, Defendant used his RRA visa to enter the United States at the Port of New York as an immigrant.

22. On November 2, 1960, Defendant petitioned for naturalization as a United States citizen in Helena, Montana.

23.    On January 13, 1961, Defendant was naturalized by the District Court of the First Judicial District in Helena, Montana, and received Certificate of Naturalization No. 7974241.

FOR MARTIN HARTMAN:

*/s/ Martin Hartmann*
MARTIN HARTMANN
950 Leisure World
Mesa, Arizona 85206-2433

Dated: 8-6-07

*/s/ Tricia B.*
Witness

Tricia Birmingham
Witness Name and Address
1210 S. Power Rd
Mesa, AZ 85206
Dated: 8/6/07



TRICIA BIRMINGHAM
Notary Public - Arizona
Maricopa County
My Commission Expires
May 18, 2009

5

FOR THE UNITED STATES:

_____
JEFFREY A. TAYLOR
United States Attorney
  for the District of Columbia

Dated: 9/17/07

_____
RUDOLPH CONTRERAS
Chief, Civil Division
U.S. Attorney's Office
District of Columbia
501 3rd Street, N.W.
Suite 4500
Washington, DC 20530
(202)514-7151

Dated: 9/17/07

_____
ELI M. ROSENBAUM
Director

Dated: 8/1/07

_____
SUSAN L. SIEGAL
Principal Deputy Director

Dated: 8/1/07

_____
EDGAR CHEN
Trial Attorney
Office of Special Investigations
Criminal Division
U.S. Department of Justice
10th St. & Constitution Ave., NW
John C. Keeney Building, Ste. 200
Washington, D.C. 20530
(202) 616-2492
(fax) (202)616-2491
edgar.chen@usdoj.gov

Dated: 8/1/07

6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No. |
| ) | |
| MARTIN HARTMANN, ) | |
| ) | |
| Defendant. ) | |

**DESIGNATION OF REPRESENTATIVE**

I, Martin Hartmann do hereby designate my son, Klaus Hartmann as my representative for purposes of dealing with the United States Department of Justice in the denaturalization action of *United States v. Martin Hartmann*, after my departure from the United States.

8-6-07
(DATE)

(SIGNATURE)

MARTIN HARTMANN

8-6-07
(DATE)

(WITNESS/NOTARY SIGNATURE)

Printed/Typed Name: Tricia Birmingham





07 1640    SEP 17

MAYER WH...
U.S. DISTRI...