A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America,

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
| vs. | ) | CASE NUMBER    07-cv-01640 |
| Martin Hartmann | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of  Edgar Chen                    as counsel in this
                                     (Attorney's Name)

case for:  United States of America
                    (Name of party or parties)

September 14, 2007
Date

MASS. BBO # 658248
BAR IDENTIFICATION

_Edgar Chen_
Signature

Edgar Chen, Trial Attorney
Print Name

10th & Constitution Ave., N.W., Suite 200
Address

| Washington, DC | 20530 | |
|---|---|---|
| City | State | Zip Code |

202/616-2492
Phone Number